**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON**

| | | |
|---|---|---|
| **MARK COOPER, doing business as COOPER CONSTRUCTION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **No. 1:25-cv-1162** |
| **v.** | ) ) | |
| **BUILDERS MUTUAL INSURANCE COMPANY;** | ) ) ) | |
| **Defendants.** | ) ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT, BUILDERS MUTUAL
INSURANCE COMPANY**

Comes now Defendant, Builders Mutual Insurance Company ("Builders"), by and through counsel, pursuant to 28 U.S.C. §1446, and hereby gives notice of removal from the Chancery Court of Obion County, Tennessee, to the United States District Court for the Western District of Tennessee, Eastern Division, at Jackson, alleging as follows:

1.    On April 30, 2025, Plaintiff, Mark Cooper doing business as Cooper Construction, ("Cooper"), filed suit against Builders, along with Co-Defendants Charles Moore and Bettye Moore in the Chancery Court for Obion County, Tennessee, where said action is now pending under docket number 36,062 ("Complaint").

2.    On May 7, 2025, Builders was served with a copy of the Complaint through the Tennessee Department of Insurance and Commerce.  A copy of the Complaint is attached as Exhibit 1.

3.    Builders filed its Answer to the Complaint on or about June 6, 2025.  A copy of the Answer is attached as Exhibit 2.

BM Cooper Moore Not Rem Fed 250627

2

3.      On June 17, 2025, the Obion Chancery Court dismissed Defendants Charles Moore and Bettye Moore by agreement with Cooper resulting in the only parties being Plaintiff, Cooper, and Defendant, Builders.  A copy of the Consent Order is attached as Exhibit 3.

4.      No further proceedings have been had in the Chancery Court of Obion County, Tennessee.

5.      The lawsuit is a Complaint for Declaratory Judgment seeking a declaration concerning coverage under a policy of insurance issued by Builders to Cooper concerning a separate lawsuit styled Charles Moore and Bettye Moore v. Mark Cooper d/b/a Cooper Construction, filed in the Circuit Court for Obion County, Civil Action No. CC-20-CV-25 ("Moore Lawsuit").  A copy of the Moore Lawsuit is included with the Complaint attached as Exhibit 1.  The Moore Complaint seeks an unspecified amount of compensatory damages and punitive damages of $350,000.00. meaning that the entire amount of controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00), and thus, jurisdiction would exist pursuant to this Court's "diversity of citizenship" jurisdiction under 28 U. S. C. § 1332.

6.      This action only involves citizens and residents of different states.  At the time of the commencement of the action in the Chancery Court of Obion County, Tennessee, Plaintiff, Cooper, represented that he was a resident of Obion County, Tennessee.  Defendant, Builders, is a corporation incorporated and organized outside the State of Tennessee, with its principal place of business in North Carolina, outside the State of Tennessee.

7.      This Court has original jurisdiction over the above styled action, pursuant to

the provisions of 28 U.S.C. §1331 and 28 U. S. C. § 1332, in as much as Cooper is a resident of Tennessee, Builders is not citizen or resident of the State of Tennessee but of North Carolina, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.  Therefore, removal to this Court and Division is proper, pursuant to 28 U. S. C. §1441.

**WHEREFORE**, Builders gives Notice of the removal of this action from the Chancery Court for Obion County, Tennessee to the United States District Court for the Western District of Tennessee, Eastern Division at Jackson.

Respectfully submitted,

_s/ E. Jason Ferrell_____
**E. JASON FERRELL**
Registration No. 24425
DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com
Attorney for Builders Mutual Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2025, a true and correct copy of the foregoing  was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

_s/ E. Jason Ferrell_____
**E. JASON FERRELL**