UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**MARK COOPER,**                                       **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

 **vs.**

**BUILDERS MUTUAL INSURANCE COMPANY,**    **CASE NO: 25-1162-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal entered on August 19, 2025, this cause is hereby DISMISSED without prejudice.

                    **APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 8/20/2025**          **Wendy R. Oliver**
                        **Clerk of Court**

                       **s/Maurice B. BRYSON**

                    **(By)  Deputy Clerk**